UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                )
BENJAMIN HAMILTON,              )
                                )
        Plaintiff,              )
                                )
    v.                          )   Civil Action No. 06-872 (PLF)
                                )
FEDERAL BUREAU OF PRIONS,       )
                                )
        Defendant.              )
_____)

### ORDER

Plaintiff, proceeding *pro se*, brought this action under the Freedom of Information Act. He has moved for dismissal of the case without prejudice. Accordingly, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is

ORDERED that plaintiff's motion to dismiss without prejudice [5] is GRANTED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Court

DATE:  May 31, 2006